# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2909
_____

J.S., Father of I.S., C.S., P.B.,
and A.B., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Denise Rae Ferrero, Judge.


April 2, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Henri Chevet Cawthon of Law Office of Henri C. Cawthon, P.A., Gainesville; Jennifer Walker Cogdill, Fleming Island, for Appellant.

Andrew McGinley, Department of Children and Families, Tallahassee; Andrew Allen Feigenbaum, Children's Legal Services, West Palm Beach, Amanda Lee Kincaid, Children's Legal Services, Gainesville; Justin James Waters, Guardian ad Litem Program, Gainesville, for Appellee Department of Children and Families.

Amanda Victoria Glass and Sara Elizabeth Goldfarb, Guardian ad Litem Program, Tallahassee; Morgan Lyle Weinstein, pro bono, Statewide Guardian ad Litem Office, Defending Best Interests Project, Fort Lauderdale, for Appellee Guardian ad Litem o/b/o I.S., C.S., P.B., and A.B.